**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 93-454** |
| | : | |
| **STEPHEN MATHIES** | : | |

## ORDER

AND NOW, this 23rd day of October, 2012, upon consideration of Stephen Mathies' motion to modify the term of imprisonment, it is **ORDERED** that the "Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2)" (paper no. 75) is **DENIED**.

           /s/ Norma L. Shapiro
                                 J.