**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 93-454** |
| | : | |
| **STEPHEN MATHIES** | : | |

## ORDER

AND NOW, this 23rd day of October, 2012, upon consideration of Stephen Mathies' motion for equitable relief under Federal Rule of Civil Procedure 60(b), it is **ORDERED** that the "Motion for Title 28 U.S.C. 60(b)(6)" (paper no. 76) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　__/s/ Norma L. Shapiro_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.