IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 93-454 |
| v. | : | |
| | : | |
| STEPHEN MATHIES | : | |

**ORDER**

AND NOW, this 30th day of January, 2014, after consideration of petitioner's Motion for Reconsideration (paper no. 87), respondent's Response in Opposition (paper no. 88), and the September 12, 2013 Mandate of the United States Court of Appeals for the Third Circuit (paper no. 89), and for the reasons stated in the attached Memorandum of today's date, it is **ORDERED** that the Motion for Reconsideration (paper no. 87) is **DENIED**.

/s/ Norma L. Shapiro

J.